

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANWAR, et al., )
 )
        Plaintiffs, )
 )    Master File No. 09-cv-118 (VM) (THK) (T4K)
v. )
 )
FAIRFIELD GREENWICH LIMITED, )    **STIPULATION AND ORDER**
et al. )
 )
        Defendants. )
 )
This Document Relates to: All Actions )
_____)

WHEREAS, plaintiffs filed a Second Consolidated Amended Complaint ("SCAC") on September 29, 2009;

WHEREAS, the SCAC names PricewaterhouseCoopers International Limited ("PwC IL") as a defendant;

WHEREAS, plaintiffs served PwC IL with a Summons and a copy of the SCAC on or about October 20, 2009;

WHEREAS, defendant PwC IL seeks an extension of the time to move, answer or otherwise respond to the SCAC to December 22, 2009;

WHEREAS, plaintiffs do not object to such an extension;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for PwC IL to move, answer or otherwise respond to the SCAC is extended to December 22, 2009.

USIDOCS 7339485v1

_____
Fraser L. Hunter, Jr.
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Ave.
New York, NY 10022
(212) 230-8882 (ph)
(212) 230-8888 (fx)
fraser.hunter@wilmerhale.com

*Attorneys for defendant
PricewaterhouseCoopers International Limited*

_____
David A. Barrett
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300 (ph)
(212) 446-2350 (fx)
dbarrett@bsfllp.com

Stuart H. Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
(954) 356-0011 (ph)
(954) 356 0022 (fx)
ssinger@bsfllp.com

Robert C. Finkel
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
(212) 759-4600 (ph)
(212) 486-2093 (fx)
rfinkel@wolfpopper.com

Victor E. Stewart
LOVELL STEWART HALEBIAN LLP
61 Broadway
New York, NY 10006
(212) 608-1900 (ph)
(212) 719-4775 (fx)
victornj@ix.netcom.com

*Interim Co-Lead Counsel for Plaintiffs*

SO ORDERED, this 4th day of November, 2009.

_____
Theodore H. Katz, U.S.M.J.

2

US1DOCS 7339485v1